# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------------X

In re:                                                    )
                                                          )        Bankruptcy Case No. 08-53104
GREEKTOWN HOLDINGS, LLC, *et al.*,                        )        Chapter 11
                                                          )        Jointly Administered
                Debtors.   )        Honorable Walter Shapero
                                                          )
                                                          )
------------------------------------------------------------X
DIMITRIOS ("JIM") PAPAS, VIOLA PAPAS,                     )
TED GATZAROS, and MARIA GATZAROS,                         )
                                                          )        Case No. 12-cv-12340
          Appellants,  )
                                                          )        Honorable Paul D. Borman
      v.                           )
                                                          )
BUCHWALD CAPITAL ADVISORS LLC, solely                     )
in its capacity as Litigation Trustee to the             )
GREEKTOWN LITIGATION TRUST and                           )
Trustee of the GREEKTOWN DISTRIBUTION                    )
TRUST, SAULT STE. MARIE TRIBE OF                         )
CHIPPEWA INDIANS, and KEWADIN                            )
CASINOS GAMING AUTHORITY,                                )
                                                          )
          Appellees.   )
_____                 )

## ORDER

**(I)      WITHDRAWING THE REFERENCE WITH RESPECT TO *CORRECTED* MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN BUCHWALD CAPITAL ADVISORS LLC, IN ITS CAPACITY AS THE LITIGATION TRUSTEE AND DISTRIBUTION TRUSTEE, AND SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS AND KEWADIN CASINOS GAMING AUTHORITY;**

**(II)      SETTING HEARING DATE; AND**

**(III)    REVISING THE BRIEFING SCHEDULE ATTACHED TO THE PARTIES' JUNE 5, 2012 STIPULATION TO ENTRY OF ORDER WITHDRAWING THE REFERENCE (DKT. NO. 4, EX. A)**

This matter having come before the Court upon the Defendants Dimitrios ("Jim") Papas, Viola Papas, Ted Gatzaros and Maria Gatzaros' Motion to Withdraw the Reference Regarding *Corrected* Motion for Order Approving Settlement Agreement Between Buchwald Capital Advisors LLC, in Its Capacity as the Litigation Trustee and Distribution Trustee, and Sault Ste. Marie Tribe of Chippewa Indians and Kewadin Casinos Gaming Authority [Docket No. 1]; Defendants Dimitrios ("Jim") Papas, Viola Papas, Ted Gatzaros and Maria Gatzaros (collectively, the "Papas and Gatzaros Defendants"), Buchwald Capital Advisors LLC, in its capacity as the Litigation Trustee and Distribution Trustee (the "Trustees"), the Sault Ste. Marie Tribe of Chippewa Indians and the Kewadin Casinos Gaming Authority (collectively, the "Tribe") having stipulated and agreed to the relief granted in this Order; and the Court finding good cause for granting the relief herein:

IT IS HEREBY ORDERED THAT:

1.      The reference is withdrawn with respect to the *Corrected* Motion for Order Approving Settlement Agreement Between Buchwald Capital Advisors LLC, in Its Capacity as the Litigation Trustee and Distribution Trustee, and Sault Ste. Marie Tribe of Chippewa Indians and Kewadin Casinos Gaming Authority [Bankruptcy Ct. Docket No. 3359] (the "Settlement Motion").

2.      A hearing shall be held on the merits of the Settlement Motion on June 27, 2012 at 2:00 p.m.

3.      The Court will strike the previously filed briefs (Bankruptcy Ct. Dkt. Nos. 3417, 3432) which contain arguments that are no longer relevant to the matters before this Court.

4.      The Papas and Gatzaros Defendants may file a brief in support of their opposition to the Settlement Motion, not to exceed 20 pages in length, on or before June 14, 2012.

5.      The Trustees and the Tribe may each file briefs in support of the Settlement Motion, not to exceed 20 pages in length, on or before June 21, 2012.


IT IS SO ORDERED.

Dated: 6-6-12                                    _____
                                                Paul D. Borman
                                                United States District Judge